UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAY LEGAL CONSULTING GROUP,

                Plaintiff,

        against                           **13 Civ 6867 (KPF) (ECF)**

ARNOLD E. DIJOSEPH, III, ARNOLD E. DIJOSEPH,
P.C., STACEY M. GRAY, STACEY M. GRAY P.C.,
ARENT FOX LLP, DELOITTE TOUCHE TOHMATSU
SERVICES, INC. and DELOITTE TOUCHE
TOHMATSU, LIMITED,

                Defendants.
------------------------------------------------------------X

**DECLARATION OF ARNOLD E. DIJOSEPH, III AND ARNOLD E. DIJOSEPH, P.C.
IN SUPPORT OF DEFENDANTS'
<u>MOTION FOR AN ORDER DISMISSING THIS ACTION IN ITS ENTIRETY</u>**

Arnold E. DiJoseph III, Esq.
ARNOLD E. DIJOSEPH, P.C.
Defendants Pro Se
50 Broadway, Suite 1000
New York, New York 10004
Ph.: (212) 344-7000
Fax.: (212) 344-7878
adijoseph@adjlaw.com

I, Arnold E. DiJoseph, III, declare:

1. I am an attorney with the law firm, Arnold E. DiJoseph, P.C., counsel of record, and appearing pro se. I am fully familiar with the facts and I have personal knowledge with the matters described in this Declaration. I submit this declaration in support of Defendants', Arnold E. DiJoseph III and Arnold DiJoseph, P.C. Motion to Dismiss this action pursuant to the discretionary power of this Court in its entirety and with prejudice pursuant to the Federal Rules of Civil Procedure Rules 12(b)(6) and (12)(b)(7).

2. **Attached** hereto as **Exhibit "A"** is a copy of Plaintiff's Complaint.

3. **Attached** hereto as **Exhibit "B"** is a true and accurate copy of Judge Ling-Cohan's Decision and Order dated July 10, 2013 for Victor Caldwell v. Stacey M. Gray, et al., Index No. 101658/12, State of New York, New York County.

4. **Attached** hereto as **Exhibit "C"** is a true and accurate copy of the Arbitration Award dated January 7, 2013, in the matter of Victor Caldwell v. Stacey M. Gray, PC.

5. **Attached** hereto as **Exhibit "D"** is a true and accurate copy of Judge Ling-Cohan's Decision and Order dated August 24, 2012, for Victor Caldwell v. Stacey M. Gray, et al., Index No. 101658/12, State of New York, New York County.

6. **Attached** hereto as **Exhibit "E"** is a true and accurate copy of Judge Ling-Cohan's Decision and Order dated January 9, 2014, for Victor Caldwell v. Stacey M. Gray, et al., Index No. 101658/12, State of New York, New York County.

7. **Attached** hereto as **Exhibit "F"** is a copy of Petitioner's Cross-Motion for relief from judgment on the basis of attorney fraud and for declaratory judgment dated March 14, 2013 in the matter of <u>Victor Caldwell</u> v. <u>Stacey M. Gray, et al.</u>, Index No. 101658/12, State of New York, New York County without exhibits.

8. **Attached** hereto as **Exhibit "G"** is Respondent's Affirmation in Support and in Opposition dated March 13, 2012, in the matter of <u>Victor Caldwell v. Stacey M. Gray, et al.</u>, Index No. 101658/12, State of New York, New York County without exhibits.

9. **Attached** hereto as **Exhibit "H"** is a copy of the Settlement Agreement dated April 17, 2012.

10. **Attached** hereto as **Exhibit "I"** is a copy of the Confidentiality Agreement dated February 10, 2012.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2014
New York, New York

By: _____
Arnold E. DiJoseph, III

Index No. 13CIV6867

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAY LEGAL CONSULTING GROUP,

                                                    **Plaintiff,**

-against-

ARNOLD E. DIJOSEPH, III, ARNOLD E. DIJOSEPH, P.C., STACEY M. GRAY, STACEY M. GRAY, P.C., ARENT FOX LLP, DELOITTE TOUCHE TOHMATSU SERVICES, INC. And DELOITTE TOUCHE TOHMATSU LIMITED,

                                                    **Defendants**

---

## DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR AN ORDER DIMISSING ACTION

---

### ARNOLD E. DiJOSEPH, P.C.
*Attorneys for Defendants*
50 Broadway -Suite 1000
New York, New York 10004
212-344-7000