UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAY LEGAL CONSULTING GROUP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD E. DIJOSEPH, III, ARNOLD E., DIJOSEPH, P.C., STACEY M. GRAY, STACEY M. GRAY, P.C., ARENT FOX LLP, DELOITTE TOUCHE TOHMATSU SERVCES, INC. and DELOITTE TOUCHE TOHMATSU LIMITED<br><br>　　　　　Defendants. | Civil Action No.: 13 CIV 6867 (KPF)(ECF)<br>[rel. 13 CIV 6866 (KPF)]<br><br>**DECLARATION OF G. MICHAEL BELLINGER IN SUPPORT OF DEFENDANTS ARENT FOX LLP, DELOITTE TOUCHE TOHMATSU SERVCES, INC. AND DELOITTE TOUCHE TOHMATSU LIMITED IN SUPPORT OF JOINT MOTION TO DISMISS COMPLAINT** |

G. MICHAEL BELLINGER hereby declares as follows:

1. I am the attorney for Defendants Deloitte Touche Tohmatsu Services, Inc. and Deloitte Touche Tohmatsu Limited, and am familiar with the facts and circumstances of this action.

2. I respectfully submit this declaration in support of the joint motion by Defendants Arent Fox LLP (hereafter, referred to as "Arent Fox") and Deloitte Touche Tohmatsu Services, Inc. and Deloitte Touche Tohmatsu Limited (hereafter, collectively referred to as "Deloitte") to dismiss the Complaint.

3. Attached hereto as Exhibit A is a true and correct copy of the Transcript of January 14, 2014 Pre-Motion Court Conference before Honorable Katherine Polk Failla in the United States Southern District of New York.

4. Attached hereto as Exhibit B is a true and correct copy of the "Settlement Agreement and Release of All Claims" entered into on April 17, 2012, to settle the earlier act on

between Deloitte and an individual party initially represented by Defendant Stacey M. Gray and then, later by the Plaintiff through its principal, John H. Ray, III.

5. Attached hereto as Exhibit C is a true and correct copy of the "Confidentiality Agreement" entered into on February 10, 2012, signed by the Plaintiff, John H. Ray III o` Ray Legal Consulting Group on behalf of his client; Arnold E. DiJoseph PC, as Stacey Gray's counsel; and Arent Fox, as counsel for Deloitte.

6. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Executed on this 24th day of February, 2014.

_____
G. MICHAEL BELLINGER